B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DM Industries, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-1852370** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2320 NW 147th Street**<br>**Opa-Locka, FL**<br><div align=right>ZIP Code</div> **33054** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☒ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(1/08)** <div style="text-align:right">**Page 2**</div>

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **DM Industries, Ltd.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>   Signature of Attorney for Debtor(s)      (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>       _____ <br>       (Name of landlord that obtained judgment) <br><br><br>       _____ <br>       (Address of landlord) <br><br> ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**DM Industries, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Arthur J. Spector**
Signature of Attorney for Debtor(s)

**Arthur J. Spector 620777**
Printed Name of Attorney for Debtor(s)

**Berger Singerman, P.A.**
Firm Name

**350 E. Las Olas Blvd**
**Fort Lauderdale, FL 33301**

_____
Address

**Email: aspector@bergersingerman.com**
**954-525-9900  Fax: 954-523-2872**
Telephone Number

**March 27, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Alan L. Goldberg, President Crisis Management, Inc.**
Signature of Authorized Individual

**Alan L. Goldberg, President Crisis Management, Inc.**
Printed Name of Authorized Individual

**as Chief Restructuring Officer**
Title of Authorized Individual

**March 27, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of Florida

In re  **DM Industries, Ltd.** _____  Case No. _____

Debtor(s)  Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the as Chief Restructuring Officer of the partnership named as the debtor in this case, hereby verify that the attached list of creditors

is true and correct to the best of my knowledge.

Date:  **March 27, 2009** _____  **/s/ Alan L. Goldberg, President Crisis Management, Inc.** _____

**Alan L. Goldberg, President Crisis Management, Inc./as Chief Restructuring Officer**
Signer/Title

A-1  Forklift Services, Inc.
5800 Beach Blvd Suite 203-204
Jacksonville, FL 32207


A.O. Smith Electrical Products Co.
P.O. Box 65197
Charlotte, NC 28265


AAA Cooper Transportation
PO BOX 102442
Atlanta, GA 30368-2442


Abea, Juan Jose
990 NW 7th St.
Apt. 2
Miami, FL 33136


Abreu, Blanca
2921 NW 157 Terrace
Miami Gardens, FL 33054


Access America Transport
2515 E 43 ST Suite  B
Chattanooga, TN 37407


Accumetric, LLC
3417 Reliable Parkway
Chicago, IL 60686-0034


Acrylic Masters, Inc.
3412 W. Fairway Drive
McHenry, IL 60050


Activant Eclipse
PO Box 51770
Los Angeles, CA 90051


Adam Beauregard
3968 Palladian Way
West Melbourne, FL 32904


Adams, Winifred
7680 NW 33 St
Hollywood, FL 33024

ADP, INC.
P.O. Box 9001006
Louisville, KY 40290-1006


ADT Security Services
PO Box 371967
Pittsburgh, PA 15250


Advanced Drainage Systems
P.O. Box 40267
Atlanta, GA 31192-0267


Advantis Technologies, Inc.
21801 Network Place
Chicago, IL 60673


Advic Packaging Corp
13819 S.W. 139 Court
Miami, FL 33186


Affinity Insurance, Ltd.
201 Alhambra Circle, Suite 1000
Coral Gables, FL 33134


Aguilar, Tauffyt Oswaldo
3031 NW 91 Street
Miami, FL 33147


AIG
70 Pine Street
New York, NY 10270


Air Supply Of The Future, Inc
1950 NW 15th STREET
Pompano, FL 33069


Albert Ploof
6 Sorrel St
Middleburg, FL 32068


Aljoma Lumber Inc.
P.O. Box 530155
Atlanta, GA 30353

All States Rentals
PO Box 900
North Scituate, RI 02857


Allied Innovations LLC
7215 Bermuda Road
Las Vegas, NV 89119


Almarales, Nancy Esther
456 Eldron Drive
Miami Springs, FL 33166


Almonor, Jose
1020 NW 130 St.
North Miami, FL 33168


Alusma, Gregory
11530 NW 10 Ave.
Miami, FL 33168


Alvarado, Guillermo J
735 NW 80 St.
Miami, FL 33150


Alvarez Acosta, Alexander
11024 NW 3 St.
Miami, FL 33172


American Cord & Webbing Co,Inc
88 Century Drive
Woonsocket, RI 02895


American Express Corporation
PO Box 981535
El Paso, TX 79998-1535


American Vinyl Company
14525 NW 26th Ave
Opa Locka, FL 33054


Andre Rucker
117 Calley Court
St. Johns, FL 32259

Anixter Bros, Inc.
P.O. Box 847428
Dallas, TX 75284-7428


AOC, LLC - Florida
3605 Collections Center Drive
Chicago, IL 60693


Aquarius Press, Inc.
13795 N W 19th Avenue
Opalocka, FL 33054


Aragon, Felix A
1155 Dunad Avenue
Opa Locka, FL 33054


Arias, Zulma Ruiz
7061 NW 169 Street
Hialeah, FL 33015


Aristech Acrylics LLC
7350 Empire Drive
Florence, KY 41042


Arrieta, Jose
265 NE 159 Street
N. Miami Bch., FL 33162


Arrow Pool Service Co. Inc.
850 E Main ST
Norristown, PA 19801


Arthur Streit
112 C Linda Lane
Palm Beach Shores, FL 33404


Ashland Distribution Company
P.O. Box 101489
Atlanta, GA 30392-1489


AT&T
PO Box 70529
Charlotte, NC 28272

AT&T
PO BOX 13148
Newark, NJ 07101-5648


AT&T
PO Box 830120
Baltimore, MD 21283-0120


AT&T
P.O. BOX 105262
Atlanta, GA 30348-5262


Atencio, Jaqueline
3940 NW 188 Street
Miami Gardens, FL 33055


Audiovox Specialized Applications, Inc.,
21226 Network Place
Chicago, IL 60673


Austin, Dominick F
530 SE 4th Court
Dania Beach, FL 33004


Avila, Felix
88 W 17 St.
Apt. #1
Hialeah, FL 33010


Avina Group
711 Eagles Glen
Cibolo, TX 78108


AYC Group, LLC
2709 Market Street
Garland, TX 75041


B. Gebhart & Assoc
11757 W Ken Caryl Ave
Littleton, CO 80127


Babes Plumbing
140 E. Miami Avenue
Venice, FL 34285

Balboa Water Group
1382 Bell Avenue
Tustin, CA 92780


Bank of America
PO Box 25 118
Tampa, FL 33622-5118


Baryola Tamayo, Edilberto
4371 NW 196 St.
Miami Gardens, FL 33055


BASF Corp
410 - 601 Sixth Street
Westminister, BC  V3L 3C1
Canada


Bastien, Judith
16750 NE 10 Ave.
# 109
N. Miami Bch., FL 33162


Basulto, Ediberto J.
507 W. 68 St.
Apt. 3
Hialeah, FL 33014


Batista, Theresa
3340 NW 179 Street
Miami, FL 33056


Battery Warehouse Co
7550 Nine Mile Rd
Warren, MI 48091


Belinda Arozarena
4338 Cambridge St.
Lake Worth, FL 33461


Benjamin Brewer
105 S.E. Second Street
Satellite Beach, FL 32937

Benulis, Nicholas Paul
1173 SW Khan Drive
Pt. St. Lucie, FL 34953


Bermejo, Alvaro R
709 S Royal Poinciana
Apt. 118
Miami Springs, FL 33066


Berrios, Maximo
412 SW 10 Ave.
Miami, FL 33130


Berry Network, Inc.
PO Box 710909
Cincinatti, OH 45271


Best Rag CO.
13770 - 50th Way North
Clearwater, FL 33760


Betz Enterprises
6725 Mink Hollow Road
Highland, MD 20777


billy schricker
665 Hawksbill Island Dr
Satellite Beach, FL 32937


Blandon, Rodolfo
3733 NW 20 Avenue
Miami, FL 33142


Blithe Sales Company, LLC
134 Bayside Drive
North East, MD 21901


Bobbi Lealman
6931 Mulberry Ct
Melbourne, FL 32940


Bodi Company, Inc.
5530 Commercial Blvd
Winter Haven, FL 33880

Boling, Darleni Rosa
15455 NE 6th Ave.
C125
N. Miami Bch., FL 33162


Boliver, Brianna Kendall
318 Banyan Way
Melbourne, FL 32951


Boliver, Kendall Ann
318 Banyan Way
Melbourne Bch., FL 32951


Boliver, William L.
318 Banyan Way
Melbourne Bch., FL 32951


Brad Ettestad
1500 Bella Casa Ct
Merrit Island, FL 32952


Brad Hume
1949 Tiptree Cir
Orlando, FL 32837


Brass Company
7970 Wallace Road
Eden Prairie, MN 55344


Brighthouse
PO Box 311731
Tampa, FL 33631


Brito Jr., Frank
6260 W 16 Avenue
Hialeah, FL 33012


Brodbeck, Wilson
1908 N 32 Court
Hollywood, FL 33021


Builders Notice Corp
708 S Andrews Avenue
Ft. Lauderdale, FL 33316

Burgess, Cheramie
2817 NE 21 St Ct
Fort Lauderdale, FL 33305


Business Voice
1600 Madison
Toledo, OH 43604-5428


BWA South
4501 Sutphen Ct
Hilliard, OH 43026


C G Air Systemes Inc.
207 Parc Industriel
Sainte Marguerite GOS 2XO


C.H.Robinson Worldwide, Inc.
P.O. 9121
Minneapolis, MN 55480-9121


Camp Jr., Harold R.
13619 59 Court North
R.P.B, FL 33411


Cano, Augusto
2750 SW 1 Street
Miami, FL 33135


Cano, Carlos Alberto
990 NW 7 Street
Apt. 2
Miami, FL 33136


Cano, Ingrid  G
3562 W. 80th Street
Apt. 102
Hialeah, FL 33018


Caponi, David A.
3001 W. Rolling Hill
Cir #701
Davie, FL 33328

Cargill, Dulcie May
19540 NW 57 Place
Hialeah, FL 33015


Carl Raven


Carney, Maria
1750 NE 191 St #315
N. Miami Bch., FL 33179


Carpenter Company
P.O. Box 75252, Lock Box 04
Charlotte, NC 28275


Cedeno, Rolando
4820 NW 191 St.
Miami Gardens, FL 33055


Cellofoam North America, Inc.
P.O. Box 406
Conyers, GA 30012


Central Lift Systems Corp
10130 Montego Bay Dr.
Miami, FL 33189


Cham, Ludsona
5010 NW 173 St
Miami Gardens, FL 33055


Charity, Ronald
2208 SE 1st Terr.
Cape Coral, FL 33990


Charles Adkins
1584 Rainsville Road SE
Palm Bay, FL 32909


Charles F. Judene Hansen
6694 S Calumet Circle
West Palm Beach, FL 33407

Charles Lavelle
131 Faith Way
Jupiter, FL 33458


Chris and Ruth Soares
8353 Waccamaw Lane East
Lake Worth, FL 33467


Chris Perry
6319 NW 39 st
Coral Springs, FL 33067


Cindy and Robert Marton
421 West 9th Ave
Mount Dora, FL 32757


Cintas First Aid & Safety
5215 NW 35TH Avenue
Ft. Lauderdale, FL 33309


Cisneros, Orlando A.
7415 West 24 Avenue
# 204
Hialeah, FL 33016


City of Melbourne
900 E. Strawbrige Avenue
Melbourne, FL 32901


City Of Opa Locka Water Dept
P.O. BOX 540371
Opa Locka, FL 33054


City of Sunrise
10770 West Oakland Park Blvd
Sunrise, FL


City of Tampa Utilities
PO Box 30191
Tampa, FL 33630


Comerica Bank
MC 3205
PO Box 75000
Detroit, MI 48275

Commerce Technologies
P.O. Box 33197
Hartford, CT 06150-3197


Compass Bank
PO Box 830696
Birmingham, AL 35283-0696


Composites One LLC
9208 NW 106th Street
Miami, FL 33178-1199


Compte, Josie
15005 NE 6 Street
# 218
Miami, FL 33161


Con-Way Air Express
PO Box 711823
Cincinnati, OH 45271-1823


Confer Plastics Inc.
97 Witmer Road
N. Tonawanda, NY 14120-2421


Connie Haddock
1580 Bream St.
Merrit Island, FL 32952


Consumer Engineering, Inc
2730 Kirby Avenue N.E. Unit 6
Palm Bay, FL 32905


Cook, Leonard P.
7498 Egypt Road
Medina, OH 44256


Cooper Standard Automotive Inc.
P.O. Box 77000
Detroit, MI 48277-1104


Cordoba, Arturo
P.O. Box 161364
Hialeah, FL 33016

Cote, Edward William
100 Woodbridge Road
Longwood, FL 32779


Courtney Smith
211 First Lane
Malabar, FL 32950


Cray
4575 Kissimmeepark Road
Saint Cloud, FL 34772


Cruz, Adolfo
2550 West 60 Place
# 106
Hialeah, FL 33016


Cruz, Raul
1152 NW 46 Street
Miami, FL 33127


Crystal Springs Water Company
PO Box 660579
Dallas, TX 75266


Cuadra, Mauricio Jose
655 NW 126 Court
Miami, FL 33182


Cuadra, Rolando
1411 NW 28 Street
Miami, FL 33142


Curren, Gary W
11501 NW 18 Street
Pembroke Pines, FL 33026


Custom Molded Products, Inc.
140 Celtic Boulevard
Tyrone, GA 30290


Cynthia Guyer
1242 15th Ave
Vero Beach, FL 32960

Cynthia Rose Berk
263 Canterbury Dr W
Palm beach Gardens, FL 33418


Dan Bishop
2625 South Ponte Vedra Blvd
Ponte Vedra Beach, FL 32082


Dancing Bear Minerals, LLC
c/o IWS, Lock Box 268947
Oklahoma City, OK 73126


Dans Company Inc
7410 Coca Cola Drive, Suite 204
Hanover, MD 21076-1765


Dave ,Mary Koppitch
1620 North n St
Lake Worth, FL 33460


David & Jennie Webster
1311 Essex Rd
Winter Park, FL 32789


De Lage Landen Financial Services
P.O. Box 41601
Philadelphia, PA 19101-1601


De Luca A/C & Refrigeration In
487 N E 189th Street
Miami, FL 33269


Debra Hutchison
663 Depugh St
Winter Park, FL 32789


Del Ozone
P.O Box 4509
San Luis Obispo, CA 93401


Delbeau, Marie Sarah
1495 NE 167 St.
Apt. 116
N. Miami Bch., FL 33162

Delilah El-Banna
983 Spring Circle
Palm Springs, FL 33461


Delta Laboratories, Inc.
640 West 18 Street
Hialeah, FL 33010


Dennis & Sheri Scarpinato
6205 7th St SE
Vero Beac, FL 32968


Dennis Cockayne
12906 Timber Ridge
Fort Myers, FL 33913


Dennis R Shropshire
765 Estates Cove Rd
Jacksonville, FL 32221


Derrick & Melissa Perry
13760 77th PL North
West Palm Beach, FL 33412


Dervis, Marcson
770 NW 147 St.
Miami, FL 33168


Design Homes Group (John)
5630 NE 7Th Ave
Boca Raton, FL 33487


Desir, Reginal
883 NW 112 St.
Miami, FL 33168


Desulme, Yves
2631 Flamingo Drive
Miramar, FL 33023


Devonia H. Mackey
1676 Lockend Rd
Jacksonville, FL 32221

Dian Joseph
9984 sebastian River Dr
Micco, FL 32976


Diane Desaulniers
4701 Oaks Rd
Davie, FL 33314


Diaz, Yanet
7130 NW 177 St.
Apt. 103
Miami Gardens, FL 33015


Diez, Jose M.
7707 W. 29th Ln.
# 202
Hialeah, FL 33018


Digi-Key Corporation
701 Brooks Ave S
Thief River Fal, MN 56701


Digital Celcom Machines Inc
1007 W. Commercial Blvd
Fort Lauderdale, FL 33309


Dimension One Spas, Inc.
2611 Business Park Dr
Vista, CA 92083


Display Emporium
PO Box 221700
Hollywood, FL 33022


Dixon Sales Group
27 Sabrina Ct
Dix Hills, NY 11746-4225


Dominguez, Noel
116 Luca Lane
Kissimmee, FL 34743


Dominick F. Austin
530 SE 4th Court
Dania, FL 33004

Dominique Himelwright
133 W Arch Drive
Lake Worth, FL 33467


Don & Jackie Fredricks
1450 Down Ct SE
Palm Bay, FL 32909


Donna R Gross
1212 13th St N
Jacksonville, FL 32250


Doral Int'l Hardware
11802 NW 12th Drive
Coral Springs, FL 33071


Dormoy, Eric
6750 SW 102 Terrace
Miami, FL 33156


Dormoy, Michel
1791 SW 117 Avenue
Davie, FL 33325


Dorothy Madura
1194 Meadow Lk Rd
Viera, FL 32955


Doug Belden
PO Box 172920
Tampa, FL 32399


Doug Hernandez
1684 Earlham Ave NW
Palm Bay, FL 32907


Douglas Beggs
4311 Okeechobee Blvd. 53
West Palm Beach, FL 33409


Driggs, Idelmar
999 NE 167 Street
# 404
N. Miami Beach, FL 33162

Duarte, Dionisio R.
1469 NW 2 St.
Miami, FL 33125


Duarte, Maria A
1390 NW 2 Street
Apt. # 4
Miami, FL 33125


Duarte-Ugarte, Horacio
4860 SW 41 Avenue
Ft. Lauderdale, FL 33314


Duggan, Peter M
3395 Shorncliffe
Palm Harbor, FL 34684


Dura-Cast Products, Inc.
16160 Hwy 27
Lakes Wales, FL 33859-8013


Eagle Global Logistics
PO Box 844650
Dallas, TX 75284


Echevarria, Damy Lay
581 SE 5th St.
Hialeah, FL 33010


Echeverry Robledo, Carlos
16950 N. Bay Rd.
Apt 1910
Sunny Isles Bch, FL 33160


Economic Development consultants, Inc.
14361 Commerce Way Suite 205
Miami Lakes, FL 33016


Edwards Sales
1850 School Street
Moraga, CA 94556


Elcoma Metal Fabricating
521 Lawrence Rd NE
Canton, OH 44704-1007

Elliott Jr., Michael J.
P.O Box 1023
Green Cove Spg, FL 32043


Elliott, Sean A
8238 NW 8 Place
Plantation, FL 33324


Enterprise Fleet Service
PO BOX 970639
Coconut Creek, FL 33097


Eric Knudsen
1141 Audubon Way
Maitland, FL 32751


Eric Lieberman
12237 NW 48th Dr
Coral Springs, FL 33076


Escarmant, Tony
1531 NW 62 Terr.
Miami, FL 33147


Estrada, Alfredo Marcelo
1901 NW N River Dr
#101
Miami, FL 33125


Estrada, Cesar A
12220 NW 21 Place
Miami, FL 33167


Estrada, Yuniel
1890 W. 56 St.
Apt. 1410
Hialeah, FL 33012


Everglades Steel Corporation
P.O. Box 667510
Miami, FL 33166-7510


Ewing Irrigation & Industrial Products
3441 E Harbour Drive
Phoenix, AZ 85034

ExxonMobil Fleet/GECC
P.O. Box 5727
Carol Stream, IL 60197-5727

Fabco Manufacturing
15290 NW 34 Avenue
Opa Locka, FL 33054

Fabelo, Yosvany
18411 NW 39 Ct.
Miami Gardens, FL 33055

Famis Inc
5689 N.W. 35TH Court
Miami, FL 33142

Fanneau, Janvier
12500 N. Miami Ave.
Miami, FL 33168

Farber, Ruben
9612 NW 16 Street
Pembroke Pines, FL 33024

Farnot, Enrique
975 NW 106 Ave. Cir.
Miami, FL 33172

Fastbolt Florida Corp
10354 McNab Road
Tamarac, FL 33321

Fedex
P.O. Box 660481
Dallas, TX 75266-0481

Fedex Freight East
P.O. Box 406708
Atlanta, GA 30384-6708

Fedex National Ltd.
P.O. Box 95001
Lakeland, FL 33804-5001

Filbur Manufacturing
6635 Caballero Blvd.
Buena Park, CA 90620

Fire Alarm Systems & Security, Inc.
3901 S.W. 47th Ave, #408
Davie, FL 33314

First Advantage SBS
300 Primavera Blvd Suite 356
Lake Mary, FL 32746

Fleet Mobile Inc.
2301 NW 149 St
Miami, FL 33054

Fleet Mobile, Inc.
2301 N.W. 149 Street
Opa Locka, FL 33054

Flores Garcell, Eulises
13990 SW 260 St.
# 102
Homestead, FL 33032

Flores, Laura
2920 NW 135 Street
Apt. #4
Opa-Locka, FL 33054

Florida City Gas
P.O. Box 1559
Newark, NJ 07101-1559

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Today
PO Box 67572
Dallas, TX 75267

FloRight
17197 Newhope Street, Suite H
Fountain Valley, CA 92708


Foam Supplies Inc
4387 North Rider Trail
Earth City, MO 63045-1103


Forte, Jose A
18146 NW 61 Place
Miami, FL 33015


Fortune, Jean Eval
1080 NW 128 St
N. Miami Beach, FL 33168


Four Towers Logistics
7100 NW 12 STREET SUIT200
Miami, FL 33126


Francisco, Ralph E.
1404 NE 9 St
Fort Lauderdale, FL 33304


Frank Schwarz
215 Lago Circle
Melbourne, FL 32904


Freedman & Associates, LLC
6 Quebec Woods Court
Manalatan, NJ 07726


Fritschi, Robert & Louise
1239 Van Buren St
Hollywood, FL 33019


Furlow, Jackson
2583 Countryside Blvd
# 211
Clearwater, FL 33761


FW Supply, LLC
3395 NW 79th Avenue
Miami, FL 33122

G.Neil Direct Mail, Inc.
P.O. Box 451179
Sunrise, FL 33345-1179


Gandy, James S
16268 75 Ave
Palm Bch Garden, FL 33418


Gandy, John R.
782 SW 120 Way
Davie, FL 33325


Garcia Associates Aqua Electronics
P.O. Box 97
Fanwood, NJ 07023


Garcia Perez, Yunisbel
2523 Opa Locka Blvd.
Apt. 122
Opa Locka, FL 33054


Garcia Rivera, Francisco
2450 NE 135 Street
#204
Miami, FL 33181


Garcia, Alberto
2523 Opa Locka Blvd
#236
Opa-Locka, FL 33054


Garcia, Gonzalo Arturo
970 N.E. 117 Street
Miami, FL 33161


Gecko Electronics Inc
450 Des Canetons
Quebec, PQ G2E5W6


Gedeon, Olguy
3261 NW 214 Street
Miami, FL 33056

Georges, Raymond
30 NE 43 Street
Miami, FL 33137


Gibson Ent. Inc. /Gibson Fiberglass
4982 4 th Street
Irwindale, CA 91706


Giles, Larry Dean
16715 SW 36 Street
Miramar, FL 33027


Gilmour Mfg Co
33318 Treasury Center
Chicago, IL 60694-3300


Global Fluid Connectors Inc.
13170 NW 43rd Ave
Opa Locka, FL 33054


GlobalTranz
PO Box 71730
Phoenix, AZ 85050


Gold Coast Freightways, Inc.
12250 NW 28th Avenue
MIAMI, FL 33167


Gomez Zapata, Fray J.
7741 West 36 Avenue
# 6
Miami, FL 33018


Gonzalez, Emilia
451 Sharar Avenue
Apt. # 3
Opa-Locka, FL 33054


Gonzalez, Lazaro
4678 E. 9 Ct.
Hialeah, FL 33013


Gonzalez, Manuel A.
1340 Sesame Street
Opa Locka, FL 33054

Gonzalez, Rigoberto
6970 West 14 Court
Hialeah, FL 33014


Good Jr., Norman C.
202 Inland Seas Blvd
Winter Garden, FL 34787


Grainger Parts Operations
P.O. Box 419267
Kansas City, MO 64141-6267


Grasslin Controls Corporation
P.O. Box 409735
Atlanta, GA 30384-9735


GTI Industries, Inc.
3303 N W 112 Street
Miami, FL 33167


Guillermo De Regato
5911 SW 156 Court
Miami, FL 33193


Gulf Atlantic Equipment Co Inc
P.O. Box 10758
Jacksonville, FL 32247-0758


Gustavo Jaeger
2753 Kinsigton Circle
Weston, FL 33332


Gutierrez, Eulalia G
8015 NW 170 Terrace
Hialeah, FL 33015


Guzman, Liacaris J
15390 NE 6 Ave #114
N. Miami Beach, FL 33162


Hall, Judy M.
19341 W. St Andrews
Hialeah, FL 33015

Hall, Philip M.
19341 W St Andrews
Hialeah, FL 33015


Harley Stock
177 Carambola Lane
Cudjo Key, FL 33042


Harry, Vincent L.
618 85th Street
# 1
Miami Beach, FL 33141


Harwil Corporation
541 Kinetic Drive
Oxnard, CA 93030


Henry Matos
2320 147th Street
Miami, FL 33054


Hernandez, Jose Martin
3290 NW 97 St.
Miami, FL 33147


Hexion Specialty Chemicals, Inc.
12850 Collection Drive - BOA Bldg
Chicago, IL 60693


Hicks Trucking Company, Inc.
104 No. Gorman Ave.
Litchfield, MN 55355


Hidalgo, Mario E.
15143 Rail Road Dr
Opalocka, FL 33054


Hillbilly Hot Tubs
95 Chase Circle
Charleston, NH 03603


Hirst, Henry H
9050 SW 85 Avenue
Miami, FL 33156

Home Pro's Guide
5000 S. Harbor Isles Dr. #2401
Ft. Lauderdale, FL 33312


HomeDirect,Inc
1624 Paysphere Circle
Chicago, IL 60674


Horacio B. Duarte
4860 SW 41 Avenue
Fort Lauderdale, FL 33314


Horner Equipment OF Fla., Inc
P.O. Box 5460
Hialeah, FL 33014-1460


Hot Tub Tommy
7162 Ontario Shores Pl.
Lake Worth, FL 33467


Hurst, Scott R
N 7824 Lakeshore Ln.
Sherwood, WI 54169


Hylton, Wayne A
144 NE 188 St.
N. Miami Beach, FL 33179


ID Wholesaler South
1501 NW 163rd Street
Miami, FL 33169-5638


Imperial Premium Finance, Inc.
PO box 9045
NEW YORK, NY 10087-9045


Inlays Inc
3333 Commodity Lane
Greenbay, WI 54304


Insulfoam of Florida
4500 S. Frontage Rd.
Lakeland, FL 33815

Interian, Daniel
13415 NW 10 St.
Miami, FL 33182


International Industrial Dev. Assoc.
2666 SE Willoughby Blvd.
Stuart, FL 34994


International Plywood, Corp
7340 N.W. 56TH Street
Miami, FL 33166


Intertek Testing Svc NA,Inc.
P.O. Box 538242
Atlanta, GA 30353-8242


Iron Mountain Information, Inc.
PO Box 27128
New York, NY 10087


ITT Industries
P.O. Box 371630
Pittsburgh, PA 15250-7630


J & J Electronics, Inc
35 Hammond
Irvine, CA 92618


J P Transport Corp
361 S.W. Millard Drive
Port St Lucie, FL 34953


J P Transport Corp
361 SW Millard Drive
Port Saint Lucie, FL 34953


J R C Transportation Inc.
P.O. Box 15101
Newark, NJ 07192-5101


J.C. Whitlam Manufacturing CO.
P.O. Box 380
Wadsworth, OH 44282-0380

J.R.C. Transporting
185 S W 14th Ct
Deerfield Beach, FL 33441


James Harrison
2421 NE 12 St
Fort Lauderdale, FL 33304


Jane Triller
10658 GreenBaire Villa Dr
Wellington, FL 33414


janet cockriel
335 Ontario St NW
Palm Bay, FL 32907


Janice Vilgats
410 Temple St
Satellite Beach, FL 32937


JEA
PO Box 44297
Jacksonville, FL 32231


Jean Baptiste, Joseph
15001 NW 5 Avenue
Miami, FL 33168


Jean C-Blain
2827 Wood Ct.
Kissimmee, FL 34746


Jean-Louis, Pascal
9040 NE 8 Avenue
Miami, FL 33138


Jean-Luc Maury-Laribiere
2320 NW 147th Street
Opa Locka, FL 33054


Jeanne Bean
1328 7th St N
Jacksonville, FL 32250

Jeff & Beatrice Castriqno
7642 Citrus Blossom Dr
Land O Lakes, FL 34639


Jeff Cooper
2332 Timbergrove Dr
Valrico, FL 33594


jeffrey silverstein
7633 Courtyard Run Wets
Boca Raton, FL 33433


Jennifer Jasuta
3199 Calgary St.
Melbourne, FL 32935


Jet Plastics
941 N Eastern Avenue
Los Angeles, CA 90063-1307


Jetstream Federal Credit Union
PO Box 5487
Miami Lakes, FL 33014


Jjerry Pryluck
7310 Marbella Echo Dr
Delray Beach, FL 33446


Joachin, Augustin
161 NW 164 St.
Apt. 3
Miami, FL 33169


Joan Rosenberg
5401 N 36 St
Hollywood, FL 33021


John Clare
571 Biscayne Ln
Sebastian, FL 32958


John Hancock USA
1615 Brett Road, #7122
New Castle, DE 19720

Joseph, Herman
312 NW 51 Street
Miami, FL 33127


Journal Commuinty Publishing Group
1560 Kingslby Ave, Suite 1
Orange Park, FL 32073


Joy Thompson
17752 Rachel's Ridge Loop
Ocoee, FL 34761


JS Callaway, Inc.
12111 TAYLOR ROAD
Houston, TX 77041


Jules hoehn
4110 Diarywood Dr
Melbourne, FL 32934


Juli & Tony Darnell
9985 Chesham Dr
Orlando, FL 32817


JYY Investments, LLC
4101 NW 27th Avenue
Miami, FL 33142


Kandel, Klitenic, Kotz & Betten, LLP
502 Washington Ave., Suite 610
Townson, MD 21204


Karen Chamberlain
4005 SW 152Nd Ave
Miramar, FL 33027


Karoll & Diego Hernandez
314 White Marsh Cir
Orlando, FL 32824


Kathleleen Szabo
130092 Doubletree Cir
Wellington, FL 33414

KDM Marketing Services, Inc
14832 Venture Drive
Farmers Branch, TX 75234


Keane Tub Repair
P.O. Box 41
Bellmore, NY 11710


Kennethand Hilda Brooks
1018 Nancy Cir
Winter Springs, FL 32708


Klingspor Abrasives, Inc.
P.O. Box 2367
Hickory, NC 28603-2367


Lachlan Smith
133 Riverview Dr
Malabar, FL 32950


Laing Thermotech, Inc.
830 Bay Blvd, STE#101
Chula Vista, CA 91911


Lamothe, Joseph
867 NW 116 Terrace
Miami, FL 33168


Larry Dean Giles
16715 S W 36 Street
Miramar, FL 33027


Leaf Financial Corp
PO Box 644006
Cincinnati, OH 45264-4006


Leaf Funding
PO Box 643172
Cincinatti, OH 45264


Leaf Funding, Inc.
P.O. BOX 644006
Cincinnatti, OH 45264

Leif Lindholb
2655 NW 29 Dr.
Boca Raton, FL 33434


Len Cook
7498 Egypt Road
Medina, OH 44256


Lentine, Robert
10039 Bucklin St.
Tampa, FL 33625


Lianne Lavoy
179 River Dr
Tequesta, FL 33469


Licea, German
1845 Pembroke Road
# 4-28
Hollywood, FL 33025


Lind, Troy
1603 Windsor Av SE
Palm Bay, FL 32909


Linda McAdams
318 Papaya Cr
Barefoot Bay, FL 32976


Linneaus Walton
6549 Vanda Lane
Land O Lakes, FL 34639


Liquid Capital Exchange, Inc.
P.O. Box 17000
Greenville, SC 29606


Lisa Baker
16561 88th Rd N
Loxahatchee, FL 33470


Lizardo Toribio, Carlos
6045 NW 186 St.
Apt. 108
Miami Lakes, FL 33015

Llaguno Corporation
14100 SW 14 S
Davie, FL 33125


Llanes, Elena
505 NW 120 Street
Miami, FL 33168


Llano, Santiago
4510 SW 114th. Court
Miami, FL 33165


Lloyd Hazell
4080 Cadaroso Circle
Melbourne, FL 32940


Lopez, Anselmo
4735 E 8th Ct.
Hialeah, FL 33013


Lopez, Jose A
4541 NW 185 Street
Miami, FL 33055


Lopez, Jose Rene
2999 NW 93 Street
Miami, FL 33147


Lopez, Juan Carlos
843 NW 34 Avenue
Miami, FL 33125


Lopez, Oscar L
5532 NW 172 Terr
Miami, FL 33055


Louige, Jeannot
331 NW 106 St.
Miami, FL 33150


Louis Falkner
8710 N. Highland Ave
Tampa, FL 33604

Lounsberry, Michael T.
436 Village View Ln
Longwood, FL 32779


Lubin, Meluis
13150 Memorial Hwy.
#2K
Hollywood, FL 33166


Lucite International, Inc.
P.O. Box 415000
Nashville, TN 37241-5000


Lundi, Silmarc
1331 NE 149 Street
Miami, FL 33161


Lynn Kalber & Scott Eyman
703 Biscayne Dr
West Palm Beach, FL 33401


Magic Plastic Inc
25215 Avenue Stanford
Valencia, CA 91355


Manifest Funding Services
P.O.Box 790448
St. Louis, MO 63179


Manzanares Morales, Juan
5801 NW 57 Ct.
K-102
Tamarac, FL 33319


Marathon Electric Mfg Corp
100 E. Randolph Stret
Wausau, WI 54402


Marenco Jr, Silvio E
3620 NW 30 Ave E509
Miami, FL 33142


Marenco, Adrian Danilo
3911 SW 51 Street
Ft. Lauderdale, FL 33312

Marenco, Ronald Ivan
5881 NW 57 Ct.
Apt. 1101
Tamarac, FL 33319


Marine Hardware
P.O. Box 3099
Redmond, WA 98073


Mark & Alayne Bowes
1053 Del Mar Circle
West Melbourne, FL 32904


Markwell Florida Inc.
13090 N.W. 43RD Avenue
Opa Locka, FL 33054


Marlin Leasing Corp
PO Box 13604 #220763
Philadelphia, PA 19101-3604


Martha Straley
492 Ellington Ave SE
Palm Bay, FL 32909


Martha Zubrow
9211 NW 42 Ct
Coral Springs, FL 33065


Martin, Krystal Phylicia
2200 Monroe St.
# 34
Hollywood, FL 33020


Martinez, Aurora J
447 NE 195th St
# 117
Miami, FL 33179


Martinez, Gabriel
10000 NW 80 Ct.
Apt. 2219
Hialeah, FL 33016

Martinez, Jose E
666 West 81 Street
# 306
Hialeah, FL 33014


Martinez, Juan Emilio
1855 W 62 Street
# E-204
Hialeah, FL 33012


Mary Beth Towery
201 Lakeside Drive
Lake Worth, FL 33460


Mas Express Corp.
15022 SW 143 TERRACE
Miami, FL 33196


MAS Investments, Inc.
Eric Dormoy, President
2320 NW 147h Street
Opa Locka, FL 33054


Matos, Henry A.
12616 NW 7 Lane
Miami, FL 33182


Max M. Hagen, Esq.
Hagen & Hagen, P.A.
3531 Griffin Road
Fort Lauderdale, FL 33312


Maxime, Lediteau
35 NE 53 Street
Miami, FL 33137


Mc Aliley, Debra
6174 Riverwalk Ln.
# 1
Jupiter, FL 33458


McGuire Plumbing
540 W McDaniel
Springfield, MO 65806

MCM Electronics
650 Congress Park Drive
Centrerville, OH 45459

McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690

Medley Steel & Supply Inc
9925 NW 116TH Way
Medley, FL 33178

Mejia Thomas, Francisco
2100 Wilmington St.
Opa-Locka, FL 33054

Mejia, Blanca
3911 SW 51 Street
Ft. Lauderdale, FL 33312

Mejia, Danny Salvador
1115 Sharazad Blvd.
Opa Locka, FL 33054

Mejia, Jose David
2100 NW 18 Street
Miami, FL 33125

Mel Beckham
96046 High Pointe Dr
Fernandina  Beach, FL 32034

Mena & Associates
802 Dominion Dr, Suite 100
Katy, TX 77450

Merkison, Kristofor Damian
2531 Willow Creek Dr
Orange Park, FL 32003

Merone, Lucius
521 NE 82 Terrace #6
Miami, FL 33138

```
MEST
Fornubudir 5
HAFNARFJORDUR 00220


Michael & Annalee Peters
14861 Yellow Bluff Rd
Jacksonville, FL 32226


Michael Hardman
7295 Oakmont Drive
Lake Worth, FL 33467


Michael Sanders
233 Nottingham Blvd
West Palm Beach, FL 33405


Michael Slomowitz
1020 NE 27 Ave
Pompano Beach, FL 33062


Miller Bearings, Inc.
6681 N W 82 Avenue
Miami, FL 33166


Mirabal, Miguel A.
10090 NW 80 Ct.
Apt 1132
Hialeah Gardens, FL 33016


MIrabito Gas & Electric of Florida
2201 W. Prospect Rd, Suite 100
Ft. Lauderdale, FL 33309


Miranda Mederos, Ricardo
1355 W Okeechobee Rd
#126
Hialeah, FL 33010


Miranda, Mario
1330 W 54 Street
# C-317
Hialeah, FL 33012
```

Miranda, Pilar M.
1330 W. 54 Street
#C-317
Hialeah, FL 33012


MISCO
2637- 32nd Avenue South
Minneapolis, MN 55406-1641


MN Spa Services, Inc.
1115 Haverhill Road
West Palm Beach, FL 33417


Monica Bianchi
4154 126th Dr North
Royal Palm Beach, FL 33411


Monteiro, Mayra V.
7257 W. 30th Lane
Hialeah, FL 33018


Morbern U.S.A Inc.
PO Box 532112
Atlanta, GA 30353-2112


Mountain Plumbing Product
1351 Metropolitan Avenue #5
West Deptford, NJ 08066


Mr. Pool, Inc.
2347 South Street
Boulder, CO 80302


MSC Industrial Supply Co. Inc.
DEPT CH 0075
Palatine, IL 60055


Multi-Tech Products, Inc.
41519 Cherry Street
Murrieta, CA 92562


MWL Engineering
6825 SW 81 STREET
Miami, FL 33143

Nancy & Peter Mitchell
725 Gayeather Lane
Vero Beach, FL 32963


Napoles, Paula
251 E 55 Street
Hialeah, FL 33013


Nathan Schwartz
2945 Banyanhill Ln
Land O Lakes, FL 34639


National Tool Supply Inc
5725 W. Hallandale Bch Blvd
Hollywood, FL 33023


Naughton, Michael J
566 S. Atlantic Blvd
Cocoa Beach, FL 32931


New England Motor Freight, Inc.
1-71 North Avenue East
Elizabeth, NJ 07207-6031


New Image Business Solution
7242 NW 70th Street
Miami, FL 33166


New Process Fibre Company, Inc
P.O. Box I -North First St.
Greenwood, DE 19950


New South Marketing, Inc.
PO Box 262286
Tampa, FL 33027


Northbrook,Inc Sierra Refinishing
P.O. Box 1560
Fair Oaks, CA 95628-1560


Northwire
110 Prospect Way
Osceola, WI 54020

Nueva Ide USA, Inc., d/b/a Inflatable Co
7100 S.W. 47 Street
Miami, FL 33155


Oatey
P.O. Box 92138
Cleveland, OH 44191


OC Magazine
990 SW 164 Ave
Pembroke Pines, FL 33027


Office Max - A Boise Company
P.O. Box 101705
Atlanta, GA 30392


Ohio Spa & Parts, Inc
9397 Olde Eight Road
Northfield Center, OH 44067


Oklahoma Dept of Human Services
PO BOX 268809
Oklahoma City, OK 73126


Opa Locka Medical Clinic
870 Fisherman Street
Opa-Locka, FL 33054


Orlando Sentinel
PO Box 100608
Atlanta, GA 30384


Orlando Utilities Commission
PO Box 4901
Orlando, FL 32802


Ozone Solutions, Inc.
451 Black Forest Road
Hull, IA 51239


Pacheco, Pedro
4500 W 14 Lane #603
Hialeah, FL 33012

PAGUE, JEFF
1359 Pennsridge Pl
Downingtown, PA 19335


Palm Beach Newspapers, Inc.
PO Box 24694
West Palm Beach, FL 33416


Palmer, Patrick A
5422 Old Oak Tree Dr
Orlando, FL 32808


Palomares, Maykel
6861 W. 4th Ave.
Apt. 8
Hialeah, FL 33014


Pareja, Jesus Salvador
8680 SW 14 Court
Pembroke Pines, FL 33025


Parra, Ramon
8050 NW Miami Ct
Lot B202
Miami, FL 33150


Parrilla, Maria
2100 Wilmington St
Opa Locka, FL 33054


Pat Leonardo
1690 Wakeforrest Rd
Palm Bay, FL 32907


Patricia T. Bell
247 Sun Valley
Tampa,, FL 33613


Pauleus, Joseph
1087 NE 157 Terrace
N Miami Beach, FL 33162


Paull Watson
14426 Pond Place Dr
Jacksonville, FL 32223

Pelaez, Cecilio
66 W 17 Street #4
Hialeah, FL 33010


Pentair Pool Products
1620 Hawkins Avenue
Sanford, NC 27330


Pepsi Bottling Group
P.O. Box 841828
Dallas, TX 75284-1828


Perez, Eduardo
1575 W 54 Street
Hialeah, FL 33012


Perez, Elizabeth
657 W. 34 St.
Hialeah, FL 33012


Perez, Luis Orlando
810 NW 170 Terrace
Miami Gardens, FL 33169


Performance Minerals Corp.
PO BOX 95249
Palatine, IL 60095-0249


Peter DeVos
3725 Laurens Ave
Malabar, FL 32950


Philip Marchant
2247 Floridiane Dr
Melbourne, FL 32935


Picciano
3674 Old Lighthouse Circle
Royal Palm Beach, FL 33414


Pierre, Rosemienta
1010 NE 139 St.
N. Miami, FL 33161

Pimentel Pavon, Angel
1950 W. 54 St.
Apt. 211
Hialeah, FL 33012


Pleatco, LLC
405 Park Avenue 16th FL
New York, NY 10022


PMD, L.L.C.
3395 Shorncliffe Ln
Palm Harbor, FL 34684


Poly Planar Inc Group LLC
P.O. Box 409
Hanover, MD 21076


Portillo, Anthony
5801 NW 57 Ct.
Apt K102
Tamarac, FL 33319


Portillo, Juliana
5801 NW 57 Ct.
Apt K102
Tamarac, FL 33319


Porven, Heriberto
49 East 56 Street
Hialeah, FL 33013


Power Communications Incorporated
1453 Banks Road
Margate, FL 33063


Pratt, Valerie
9751 Wayne
Miami, FL 33157


Premium Asset Recovery Corp
PO BOX 2036
Warren, MI 48090

Prevalus, Wilner O.
1111 Opa Locka Blvd.
Opa Locka, FL 33054


Primex Plastics Corporation
P.O. Box 663619
Indianapolis, IN 46266-3619


Procam International Inc.
2035 Dagenaus West, Suite 200
Lavale, PQ H7L5V1


Professional G Rolling Doors Inc
732 SW 2 Avenue
Hallandale,, FL 33009


Prophete, Jocelyn
1325 NW 100 Street
Miami, FL 33147


Puerto, Isabel Reynaldo
13475 NW 17 Avenue
Miami, FL 33167


Pupo Gonzalez, Carlos Antonio
785 W. 51 Pl.
Hialeah, FL 33012


Quality Plumbing
3412 Clark Road #216
Sarasota, FL 34231-8406


Quintana, Odalys
810 NW 170 Terr.
Miami Gardens, FL 33169


Quintero, Omar
1000 Opa Locka Blvd
Miami, FL 33054


R + L Carriers
P.O. Box 713153
Columbus, OH 43271-3153

Rabi, Migdalia
4496 NW 200 Street
Carol City, FL 33055

RadioShack Corporation
P.O. BOX 281395
Atlanta, GA 30384

Raymond Szasz
5521 Windover Way
Davie, FL 33331

RBF Inc
2316 Treefern Ct
Orlando, FL 32837

RD Pools and Spas
14413 National Hwy Sw
Cumberland, MD 21502

Regis, Jean F.
345 NW 111 Terrace
Miami, FL 33168

Related Metal Fabrication
3464 Durahart Street
Riverside, CA 92507

Renee Frederick
1385 Farrington Dr
Merrit Island, FL 32952

Renubath
850 Blue Mound Rd W #107
Haslet, TX 76052

Rey, Juan
10731 SW 29th Pl
Davie, FL 33328

Reyes, Jose Enrique
445 NW 25 Court
Miami, FL 33125

Reynoso, Maderlisa A.
1729 NW 15 Street
Miami, FL 33125


Richard Hartwell
14598 Stirrup Lane
Wellington, FL 33414


Richard Martinson
3298 Cappio Dr
Melbourne, FL 32940


Richard Treskett
6180 SW Fairview Ave
Port Saint Lucie, FL 34983


Ripley Brokerage, Inc.
104 North Gorman Avenue
Litchfield, MN 55355


RMI-F
230 Bartow Municipal Airport
Bartow, FL 33830-9504


Roadway Express Inc
P.O. Box 905587
Charlotte, NC 28290-5587


Robert & Merelie Finn
1318 LK Asher Cir
Apopka, FL 32702


Robert Young
11708 Chestnut Oak Dr. E.
Jacksonville, FL 32218


Robinson, Dolores
867 Azalea Dr
Royal Palm Beach, FL 33411


Rod Northcutt,CFC,CPM,Tax Collect
PO Box 2020
Titusville, FL 34686

Roderick Steade
15184 Tarigelo Blvd
West Palm Beach, FL 33412

Rodriguez, Aldo
2523 Opa Locka Blvd
#236
Opa Locka, FL 33054

Rodriguez, Aldo
30 E. 38 St.
Apt. 1
Hialeah, FL 33013

Rodriguez, Javier
150 E. 1 Ave.
Apt 1214
Hialeah, FL 33010

Rojas, Marvin A
100 SW 110 Ave #141
Miami, FL 33174

Rolle, Nulton
18742 NW 53 Avenue
Miami, FL 33055

Romero, Hugo
1563 SW 4th St.
Apt. 5
Miami, FL 33135

Romero, Sol Angel
6175 West 20 Avenue
#205
Hialeah, FL 33012

Ronald A Brame Jr
11687 Stonebridge Dr N
Jacksonville, FL 32223

Ronnie Green
2517 S. Sanford Ave
Sanford, FL 32771

Rosales, Luis
2921 SW 10 Street
#49
Miami, FL 33135


Rose Slaymaker
792 Palo Verde Court
Haverhill, FL 33415


Rose Trum
36 Live Oak Cr
Tequesta, FL 33469


Rueda, Gregorio
1575 W. 54 Street
Hialeah, FL 33012


Rueda, Ulpiano
6825 W 2 Court
Hialeah, FL 33014


Ruiz Gomez, Pedro M.
9769 NW 127 St.
Hialeah Gardens, FL 33018


S tate of Florida Disbursement Unit
PO BOX 8500
Tallahassee, FL 32314-8500


Sabic Polymershapes
4168 Collections Center Dr Unit 6005
Chicago, IL 60693-0041


Safety Products Inc
P.O. Box 1688
Eaton Park, FL 33840


Saintford, Jean C
551 NW 47 St.
Miami, FL 33127


Saintil, Thony
10021 NW 8 Ave.
Miami, FL 33150

Sainvil, Harold
6224 SW 19 Street
Miramar, FL 33023


Sanchez Tejeda, Ivonne
2941 NW 99 Street
Miami, FL 33147


Sanchez, Grisell C.
2473 W. 71 Pl.
Hialeah, FL 33016


Sanchez, Manuel
811 SW 96 Avenue
Pembroke Pines, FL 33025


Sanchez, Odalys
19640 NW 83 Avenue
Miami, FL 33015


Sanco Inc
205 Brookhollow Industrial Blvd
Dalton, GA 30721


Scott & Minnow Lund
11739 Acme Rd
Wellington, FL 33414


Scott Hurst
N 7824 Lakeshore Lane
Sherwood, WI 54169


Scripps Treasure Coast Newspapers
Dept AT 40237
Atlanta, GA 31192


Seawolf Design Inc.
1248 Turnbull Bay Rd
New Smyrna Bch, FL 32168


Segue Staffing
BOX 360738
Pittsburgh, PA 15251

Semprit Medina, Orlando
15310 NW 30 Court
Opa-Locka, FL 33054


Semprit, Leonardo
15151 NW 18 Ave.
Opa Locka, FL 33054


Shanosky, Thomas Paul
1401 S Federal Hwy
#124
Boca Raton, FL 33432


Shein,Val
2091 NE 27 St
Lighthouse Point, FL 33064


Siegel Gas
P.O. Box 524228
Miami, FL 33152


Sigler, Geraldine Doyle
5845 Riverside Dr.
Melbourne Bch, FL 32951


Silco Inc.
7635 St. Clair Avenue
Mentor, OH 44060


Simon, Jude Jean
13550 NE 10 Ave.
Apt. 5
Miami, FL 33167


Sir Speedy #5512
1224 East 4th Avenue
Hialeah, FL 33010


Smith, Marvalyn
1325 NE 202 St.
Miami, FL 33179


Smith-Hamilton Shop, Inc
4401 NW 37TH AVE
Miami, FL 33142

Southern Designs GCC
6414 Shoreline Ct.
Saint Cloud, FL 34771


Southern Marketing Group
PO Box 38009
Germantown, TN 38183-0009


SPA TECH
98 Laurentian Dr.
Cheektowaga, NY 14225


Spa Tech Systems
P.O. Box 1101
Jensen Bch, FL 34958


Spec Pumps Pool Products, Inc.
8125 Bayberry Rd
Jacksonville, FL 32256


Spires Trucking of South Florida, Inc.
11281 Interchange Circle South
Hollywood, FL 33025


Sprint
P.O. Box 105243
Atlanta, GA 30348-5243


Sprint PCS
P.O. Box 740219
Cincinnati, OH 45274-0219


State of Ohio - Auto Tag Agency
972 North Court Street
Medina, OH 44256


Staudner, Rupert
780 122ND St Ocean
Marathon, FL 33050


Stephen Hamer
5296 Indianwood Village Lane
Lake Worth, FL 33463

Steve Love
490 Mars Way
Juno Beach, FL 33408


Steve McKinney
760 Lake Drive
Melbourne, FL 32940


STU SUSSMAN
9066 Chatswort Cascades
Boca Raton, FL 33434


Surface Specialist St. Louis, Inc
316 Axminister
Fenton, MO 63026


Surface Specialists of NE WI Inc.
Box 285
Kiel, WI 53042


Surface Specialists of S.E. Wisconsin,In
S70 W25030 Pine Court
Waukesha, WI 53189-8085


Surface Specialties of Michigan
11758 Woodview Tr.
Gaylord, MI 49735


Swarthout, Cynthia
395 Cassia Street
Green Cove Spg, FL 32043


Swarthout, Marc C.
395 Cassia Street
Green Cove Spg, FL 32701


Szemcsak, Peter & Mary
120 NW 73 Ave
Pembroke Pines, FL 33024


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Tampa Fork Lift
PO Box 76054
Tampa, FL 33675


Taylored Concepts Candle & Soap Supply
12021 Plano Rd. Suite 190
Dallas, TX 75243-5410


Tebisa Faucets USA, Inc.
8771 N W 99 Street
Miami, FL 33178


Techni Tool, Inc.
1547 North Trooper Road
Worchester, PA 19490-1117


Tecmark Corp
P.O. Box 714686
Columbus, OH 43271-4686


Teco Tampa Electric
PO Box 31318
Tampa, FL 33631


Ted Gartner
2511 Coachman Lakes Dr
Jacksonville, FL 32246


Teresa M. Spicer
582 Rheine Rd NW
Palm Bay, FL 32907


The Home Mag
301 Clemqatis St
West Palm Beach, FL 33401


The Huntington National Bank
P.O. BOX 182519
Columbus, OH 43218-2519


The Libbey Group
1320 N 63rd Street
Wauwatosa, WI 53213

The Shuman Co.
3232 South Boulevard
Charlotte, NC 28209


Therm Core
439 South Stoddard Street
San Bernardino, CA 92401


Thermowave Products Inc.
3431 E. Equestrian Trail
Phoenix, AZ 85044


Thompson Press, Inc.
16201 N W 54th Avenue
Miami, FL 33014


Tim Harvey
1465 Mercury Street
Merrit Island, FL 32953


TLC Spa Care
39 Magnola Rd
Pemberton, NJ 08068


TMSI Logistics Transport
P.O. BOX 615
Buffalo, NY 14240-0615


Torres Alfonso, Onelio
1950 West 56 Street
#2208
Hialeah, FL 33012


Torres, Aura Consuelo
13391 SW 42 Street
Miramar, FL 33027


Tower Manufacturing
25 Reservoir Corp
Providence, RI 02907-3387


Traffic Tech Inc.
6665 Cote De Liesse
Montreal, PQ H4T1Z5

Trinidad, Denisse
4755 NW 191 Street
Miami Gardens, FL 33055


Tripp Richland
961 Grape Lane
St. Johns, FL 32259


Troy Boane
420 Pumpkin Dr
Palm Beach Shores, FL 33410


Troy Industries, Inc.
1038 N.W. 21St Terrace
Miami, FL 33127


Troy Jenne
1408 14th Ct
Palm beach Gardens, FL 33410


Troy Lind
1603 Windsor Ave SE
Palm Bay, FL 32909


Unique Originals, Inc.
3550 NW 58 ST
Miami, FL 33142


Unishippers
4950 E Yale Ave #101
Fresno, CA 93727


United Parcel Service
P.O. Box7247-0244
Philadelphia, PA 19170-0001


Universal Urethane
4201 East Lone Mountain
North Las Vegas, NV 89031


UPS Freight
28013 Network Place
Chicago, IL 60673

UPS Supply Chain Solutions,Inc.
P.O. Box 34486
Louisville, KY 40232


US Bancorp Manifest Funding Services
P.O. Box 790448
St. Louis, MO 63179-0448


USA Distributors, Inc.
14655 Collection Center Drive
Chicago, IL 60693


USBANCORP/Manifest Funding Svc
PO Box 790448
Saint Louis, MO 63179


USI Insurance
201 Alhambra Circle
Suite 1000
Miami, FL 33134-5199


Utmost Sales Associates
16640 N 3600 W
Fielding, UT 84311


Valterra Products Inc.
15230 San Fernando Mission Blvd #107
Mission Hills, CA 91345


Vartek Industries, LLC
6715 N 53rd STREET
Tamarac, FL 33610


Vaupen Financial Advisors, Inc.
1 SE 3rd Avenue Suite 1820
Miami, FL 33131


Vega, Elizabeth
5255 West 26 Avenue
#10
Hialeah, FL 33016


Verizen
PO Box 92041
Dallas, TX 75392

Victor, Ligia M
1855 W 60 Street
# 423
Hialeah, FL 33012


Villarreal, Francisco J
8079 NW 8 St #6
Miami, FL 33126


Virginia M Storin
3 Magnolia Cresent Dr
Hilton Head Island, SC 29928


Vulcan Catalytic Systems, Ltd.
P.O. Box 855
Portsmouth, RI 02871


W.Troy Bivings
737 Coconut Dr
Fort Lauderdale, FL 33315


Wade Harrouff
267 River Dr
Tequesta, FL 33469


Wais, Rosemary Jean
1010 NE 116 Street
Miami, FL 33161


Waste Professionals
237 S. Westmonte Dr. Suite 305
Altamonte Springs, FL 32714


Waterway Plastics
2200 East Sturgis Road
Oxnard, CA 93030


Wayne Miller
5127 Lurgan Rd
Land O Lakes, FL 34639


Wendeln Jr, Cyril Francis
10266 SW 59 Street
Cooper City, FL 33328

Whirl Water Repair
1586 Coney Island Avenue
Brooklyn, NY 11230


Wilson Hart Hardware
1228 Opa Locka Blvd
Opa Locka, FL 33054


Wilson, Leroy
8250 NE 4 Pl.
Apt. 121
Miami, FL 33138


Wright Associates
12050 King Road
Roswell, GA 30075


Yaxon, Francisco
1253 W 53 St.
#336
Hialeah, FL 33012


Yellow Book USA
PO Box 660052
Dallas, TX 75266


Yellow Freight Systems, Inc
P.O. Box 905175
Charlotte, NC 28290-5175


Yhanez, Jose A.
154 Miami Lakes Dr.
E-107
Miami, FL 33014


Zephyrhills Natural Spring Water
PO Box 856680
Louiville, KY 40285


Zodiac Pool Care, Inc./Polaris Pool Syst
P.O. Box 202146
Dallas, TX 75320

**CERTIFICATE OF SOLE GENERAL PARTNER**
**OF**
**DM INDUSTRIES, LTD.**

I, Eric Dormoy, hereby certify that:

1. I am the President of MAS Investments, Inc., a Florida corporation and the sole General Partner of DM Industries, Ltd., a Florida limited partnership (the "Partnership"), and have access to the Partnership's records and am familiar with the matters herein certified.

2. Attached hereto as Exhibit A is a true and correct copy of resolutions, and the preambles thereto, adopted on March ___, 2009 by the sole General Partner of the Partnership in accordance with the Agreement of Limited Partnership of the Partnership and the Florida Revised Uniform Limited Partnership Act, acting throughout, and the resolutions and preamble set forth in Exhibit A hereto were duly adopted by the General Partner of the Partnership and are in full force and effect on and as of the date hereof, and have not been in any way amended, annulled, rescinded or revoked.

IN WITNESS WHEREOF, I have hereunto set my hand this ___ day of March, 2009.

Eric Dormoy,
President of MAS Investments, Inc.,
Sole General Partner of DM Industries, Ltd.

2031410-1

## Exhibit A

## RESOLUTIONS OF DM INDUSTRIES, LTD.

The undersigned, being the sole General Partner (the "General Partner") of DM Industries, Ltd., a Florida limited partnership (the "Partnership"), hereby takes the following actions and adopts the following resolutions by this written consent.

WHEREAS, the General Partner, upon recommendation of Crisis Management, Inc. ("CMI"), the Chief Restructuring Officer of the Partnership, and the Partnership's professional advisors, has determined that it is desirable, fair, reasonable, and in the best interest of the Partnership and the Partnership's creditors, partners and other interested parties for the Partnership to file a petition seeking relief under the provisions of Chapter 11 of the Bankruptcy Code;

NOW, THEREFORE, BE IT

### Filing and Prosecution of Bankruptcy Case

RESOLVED, that CMI, acting by its President, Alan L. Goldberg ("Goldberg") or other executive officer of CMI, as Chief Restructuring Officer of the Partnership, is authorized and directed to execute on behalf of the Partnership the Chapter 11 petition for relief and to cause it to be filed in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), in such form and at such time as CMI shall determine; and it is further

RESOLVED, that CMI is, authorized and directed to take all actions necessary to restructure the financial affairs of the Partnership, including causing to be filed in the bankruptcy case a Disclosure Statement and a Plan of Reorganization (the "Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required or deemed appropriate; and it is further

RESOLVED, that CMI, acting by Goldberg or other executive officer, is, authorized to execute and file (or direct others to do so on behalf of the Partnership as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

### Employment of Professionals

RESOLVED, that the law firm of Berger Singerman P.A. be, and hereby is, employed under general retainer as bankruptcy counsel for the Partnership in the Chapter 11 case, and CMI is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Berger Singerman P.A.; and it is further

RESOLVED, that, the Partnership approves the engagement of CMI and the General Partner is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of CMI, as applicable; and it is further

RESOLVED, that CMI hereby is authorized and directed to employ any other firm as professionals or consultants to the Partnership as are deemed necessary to represent and assist the Partnership in carrying out its duties under the Bankruptcy Code and, in connection therewith, CMI is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by CMI, Eric Dormoy and the General Partner to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Partnership; and it is further

### General Authorizing, Resolutions

RESOLVED, that CMI, acting by Goldberg or other executive officer, in its capacity as Chief Restructuring Officer of the Partnership, and on behalf of the Partnership, is hereby authorized, with full authority to act, and directed, in the name of and on behalf of the Partnership, under the Partnership's seal or otherwise, to make, enter into, execute, deliver and file any and all of the aforedescribed agreements and documents, and other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Partnership, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as he deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by Dormoy or the General Partner or CMI or their designees on behalf of the Partnership in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Partnership; and it is further

RESOLVED, that CMI, acting by Goldberg or other executive officer, is authorized, empowered and directed to certify and attest to the foregoing resolutions and any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other person or the affixing of any seal of the Partnership.

3

Dated this 27th day of March, 2009.

SOLE GENERAL PARTNER:

MAS Investments, Inc.

By: _____

    Eric Dormoy
    President

2031410-1

4