UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

DM INDUSTRIES, LTD.,

                Debtor.

_____/

Case No. 09-15533-BKC-LMI
Chapter 11 Case

## DEBTOR'S EX PARTE APPLICATION FOR APPROVAL OF EMPLOYMENT OF STAMPLER AUCTIONS TO CONDUCT AN AUCTION SALE OF THE DEBTOR'S SURPLUS INVENTORY

### [Expedited Approval Requested Without A Hearing]

DM Industries, Ltd., the above-captioned debtor, by and through undersigned counsel, pursuant to 11 U.S.C. § 327 and Local Rule 6005-1, requests an order approving the retention of Stampler Auctions ("Stampler") as its auctioneer, subject to the terms and conditions described herein, in connection with a proposed auction sale of the Debtor's surplus inventory of hydrotherapy products ("Surplus Spas") on April 4, 2009, located at the Debtor's headquarters at 2320 N.W. 147th Street, Opa-Locka, Florida[1] Accordingly, the Debtor requests approval of the retention of Stampler without a hearing pursuant to Local Rule 6005-1(D).

This Application is also supported by the Affidavit of Harry Stampler, a copy of which is attached to this Application as **Exhibit "A"**.

---

[1] This application is being filed on an ex-parte basis given the timing of the sale for which the Auctioneer is being retained (as discussed on March 31, 2009 at "First Day" hearings).

2043714-1

1.      On March 27, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

2.      The Debtor is a leading manufacturer of luxury hydrotherapy products for indoor and outdoor use. The Company produces portable hot tubs, swim spas and luxury whirlpool tubs marketed worldwide under the brand names of Vita Spa, Vita Bath, xStream Pro, and Reflection Spas. The Debtor's headquarters and manufacturing facilities are located in six buildings (with area of approximately 275,000 square feet) in Opa-Locka, Florida.

3.      For a more detailed description of the Debtor and its operations, the Debtor respectfully refers the Court and parties in interest to the *Declaration of Eric Dormoy* [D.E. No.20].

4.      The Debtor believes that the highest and best value for the Surplus Spas will be generated via an auction.

5.      The Debtor believes that it is in the best interest of the estate to auction the Debtor's Surplus Spas as soon as possible in order to minimize the administrative expense claims against the estate, including claims for administrative rent.

6.      The Debtor's chief restructuring officer ("CRO") has significant experience in conducting sales of similar property and it is the CRO's belief that an auction sale is the most efficient and expeditious method to liquidate the Debtor's Surplus Spas. To that end, the CRO has worked successfully in the past with Harry Stampler of Stampler Auctions. The Debtor and CRO recommend bypassing the bid process because this auctioneer has a proven reputation during its operation in South Florida over the past two decades and has a track record for providing quality services that have previously been approved by this Court. Stampler's pricing and services are

2043714-1

highly competitive and it has extensive experience in liquidating this type of property. The Debtor, therefore, believes that retention of Stampler is in the best interest of the estate.

7.    The Debtor further believes, based upon the Harry Stampler Affidavit, that Stampler is disinterested, as that term is defined in the Bankruptcy Code.

8.    Stampler will conduct an "absolute" auction and will provide the following services as indicated on the Auction Agreement dated March 11, 2009 and attached hereto as **Exhibit "B":**

(a)    prepare materials to advertise and market the Property, including development and implementation of the design, layout and production of an auction brochure and place advertisements in the Miami Herald, Sun Sentinel and Daily Business Review as well as telemarketing, and facsimile and e-mail marketing.

(b)    monitor all pre-auction and post-auction activities and report to the Debtor;

(c)    provide staffing and schedule appointments to afford local and regional buyers an opportunity to inspect the property; and

(d)    provide such other services as may be required under the circumstances of this case, including assisting the Trustee with meeting any deadlines imposed by the Court and compliance with any procedures established by the Court.

9.    Stampler is licensed and bonded as an auctioneer, is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes § 468.381, *et seq.* and Local Rule 6005-1(B), and is covered by the Florida Auctioneer Recovery Fund as required by Florida Statute § 468.392. In addition, Stampler has posted an annual blanket bond in the amount of Five Hundred Thousand Dollars ($500,000.00). The bond is issued by a federally approved surety company. True copies of the appropriate licenses and bonds are attached to the Stampler Affidavit.

10.    Compensation of Stampler will be based on a 10% buyer's premium with no commission from the estate. The buyer's premium is paid for by each individual buyer.

11.     The maximum amount of costs and expenses to be expended by and reimbursed to Stampler is $8,000 for items including media placement, advertising, and mailings, and labor as indicated on the Auction Expense Budget attached to the Auction Agreement.

12.     The Debtor will serve copies of the Order granting this Application together with the sale notice required by Bankruptcy Rules 6004 and 2002(a)(2) and (c)(1), and Local Rule 6005-1(E).

13.     Upon completion of the auction, Stampler will file with the Court a report summarizing the results of the auction and stating the fees and expenses which will be paid to Stampler in accordance with the Order approving the retention. Copies of the report will be served on the Office of the United States Trustee, and any other interested party who specifically requests a copy. The fees and expenses will be paid to Stampler without the necessity of further notice or hearing unless any party in interest files an objection within 10 days after the filing and service of the report.

WHEREFORE, the Debtor respectfully requests the entry of an Order in the form attached hereto and identified as **Exhibit "C"** (i) granting this Application; (ii) approving the retention of Stampler Auctions as Auctioneer in this case upon the terms and conditions stated herein; and (iii) granting such other and further relief as the Court deems appropriate under the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a copy of this Application was served electronically to CM/ECF users and via U.S. mail, postage prepaid, to those parties listed on the attached service list.

Dated: April 2, 2009

> BERGER SINGERMAN, P.A.
> *Counsel for the Debtor*
> 200 South Biscayne Boulevard, 10th Floor
> Miami, FL 33131
> Telephone: (305) 755-9500
> Facsimile: (305) 714-4340
> and
> 350 E. Las Olas Boulevard, 10th Floor
> Fort Lauderdale, FL 33301
> Telephone: (954) 525-9900
> Facsimile: (954) 523-2872
>
> By: */s/ Arthur J. Spector*
> Arthur J. Spector
> Florida Bar No. 620777
> aspector@bergersingerman.com
> Douglas A. Bates
> Florida Bar No. 791431
> dbates@bergersingerman.com

2043714-1

Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

DM INDUSTRIES, LTD.,                    Case No. 09-15533
                                        Chapter 11 Case
            Debtor.
_____/

## AFFIDAVIT OF AUCTIONEER

STATE OF FLORIDA        )

COUNTY OF BROWARD    )


        BEFORE ME, the undersigned authority, this date personally appeared HARRY

STAMPLER, who being first duly sworn under oath, deposes and states:

        1.      That my name is HARRY STAMPLER, I am the President of Stampler Auctions,

Inc. ("Stampler"), and am authorized to make this declaration on behalf of the corporation in

accordance with Bankruptcy Rule 2014 and Local Rule 6005-1.  That Stampler's offices are

located at 2801 Evans Street, Hollywood, Florida 33020.

        2.      That neither I, nor  Stampler, nor any of its officers or directors have any

connection to the Debtor, the Debtor's estate  (as such terms are defined in the Application) and

that Stampler is a disinterested person within the meaning of 11 U.S.C. Section 327(a).

        3.      That Stampler is duly licensed and bonded as an auctioneer and is authorized to

conduct auctions of  the type proposed (for the sale of the Debtor's personal property)  in the

State of Florida pursuant to Florida Statures § 468.321, *et seq.*

        4.      That I have read the Debtor's Application regarding the retention and

compensation of Stampler and agree to be bound by the terms and conditions represented

therein.   A true and correct copy of the Auction Agreement is attached to the Debtor's application.

5.      That the luxury hydrotherapy products ("Surplus Spas") that are the subject of this proposed auction sale will not be offered or sold together with any non-bankruptcy property.

6.      That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate.

STAMPLER AUCTIONS, INC.
2801 Evans Street
Hollywood, Florida 33020
Tel: (954) 921-8888

By:_____
        Harry Stampler, President

STATE OF FLORIDA
BROWARD COUNTY

The foregoing instrument was acknowledged before me this 31 day of March, 2009 by HARRY STAMPLER, as President of STAMPLER AUCTIONS, INC., who is personally known to me or who has produced _____ as identification, and who did/did not take an oath.

_____
Notary Public, State of Florida

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold E. Ader
Commission # DD607947
Expires: OCT. 23, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

2049687-1

AC#

SEQ#L0709.2603522

STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA BOARD OF AUCTIONEERS

| DATE | BATCH NUMBER | LICENSE NBR |
|------|--------------|-------------|
| 09/26/2007 | 078055724 | AB2548 |

The AUCTION BUSINESS
Named below IS LICENSED
Under the provisions of Chapter 468 FS.
Expiration date: NOV 30, 2009

STAMPLER AUCTIONS INC
2801 EVANS STREET
HOLLYWOOD          FL 33020

CHARLIE CRIST
GOVERNOR

HOLLY BENSON
SECRETARY

DISPLAY AS REQUIRED BY LAW.

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

OP ID KS
STAMP-1

DATE (MM/DD/YYYY)
09/29/08

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| TCC Associates, Inc.<br>PO Box 11975<br>Fort Lauderdale FL 33339-1975<br>Phone:954-565-1117  Fax:954-565-1131 | | |
| | INSURERS AFFORDING COVERAGE | NAIC # |
| INSURED | INSURER A:  Western Heritage Ins Co | |
| Stampler Auctions, Inc.<br>dba Stampler Auction<br>2080 C Tigertail Blvd.<br>Dania FL 33004 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR | SCP0716706 | 09/23/08 | 09/23/09 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $100,000 |
| | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PRO-JECT  LOC | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | AUTOMOBILE LIABILITY<br>ANY AUTO | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ALL OWNED AUTOS<br>SCHEDULED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | HIRED AUTOS<br>NON-OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN  EA ACC | $ |
| | | | | | | AUTO ONLY:  AGG | $ |
| | | EXCESS/UMBRELLA LIABILITY<br>OCCUR  CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | RETENTION  $ | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
Auctioneers

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| US BANK<br><br>US Bankruptcy Court<br>51 SW 1 Avenue; #1204<br>Miami FL 33130 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)                                                © ACORD CORPORATION 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Auctioneers Bond No: FS904-48-51

KNOW ALL BY THESE PRESENTS, THAT WE, *Stampler Auctions, Inc.*, as Principal
and the Great American Insurance Company as Surety, are held and firmly bound unto
the *United States of America, as Obligee* for the benefit of any trustee in bankruptcy
appointed by said U. S. Trustee in the sum of **Five Hundred Thousand and no/100—
($500,000.00) dollars** to the payment of which we jointly and severally bind ourselves,
our heirs, administrators and assigns

THE CONDITION OF THIS OBLIGATION IS SUCH THAT, Where as the said
*Stampler Auctions, Inc.* as auctioneer is employed by a Trustee in bankruptcy and the
aforesaid Auctioneer shall fully account to the Trustee employing him for all the assets
coming into his possession and shall further account to such Trustee for all monies
received by him from the sale of said assets, then this obligation shall be void, otherwise
to remain in full force and effect.

IT IS FURTHER UNDERSTOOD THAT THIS BOND IS CONDITIONED UPON: (1)
The faithful and prompt accounting for all monies and property, which may come into the
possession of the Auctioneer; (2) Compliance with all rules, orders and decrees of the
court, and (3) The faithful performance of duties in all respects.

IT IS THE INTENTION OF THE PARTIES HEREIN, to give this bond to the Office
United States Trustee in behalf of and for the benefit of any and all trustees in bankruptcy
who may employ the said Stampler Auctions, Inc. as Auctioneer in the sales of assets in
bankruptcy and that in any action to realize upon the bond hereby given, any Trustee as
aforesaid by bringing an action to realize thereon with the same right, force and effect in
laws as though his name were explicitly written herein and to this we do hereby bind
ourselves.

THIS BOND, however, is subject to the following conditions: This bond shall terminate
sixty (60) days after the receipt by the Office of the United States Trustee, 51 SW 1st
Avenue, Suite 1204, Miami, FL 33130 of written notice from the Surety of its desire to
terminate this bond, or upon receipt by the Surety of a written request from the United
States Trustee to terminate this bond.  The said United States Trustee shall give to the

Surety written notice of any loss hereunder as soon as possible after the said agency shall learn of such loss.

THIS BOND becomes effective the 16th day of **March, 2007 for a period ending the 16th day of March, 2008.** It may be extended at the option of the Surety by Continuation Certificate, the liability of the Surety being limited to said penal sum regardless of the number of years this bond remains in force or is renewed or of the number of premiums that shall be payable or paid.

The Surety shall not be liable under this bond for more than aggregate sum of Five Hundred Thousand and no/100----($500,000.00) dollars regardless of the number of defaults by said Auctioneer as Principal under this bond.

This bond shall remain in full force and effect with respect to all cases pending in this court, on and after date hereof, in which the said principal has been retained as Auctioneer until the Surety has terminated further liability after sixty (60) days written notice.

Signed and Sealed this 18th day of January, 2007.

*Stampler Auctions, Inc.*

By: _____
Harry P. Stampler

Great American Insurance Company

By: _____
Madalyn H. Seiffert, Attorney-In-Fact



### GREAT AMERICAN INSURANCE COMPANY

An Ohio Corporation with Administrative Office at 580 Walnut Street, Cincinnati, Ohio 45202

Certificate Continuing In Force Bond No. FS904-48-51

Name of Principal: Stampler Auctions, Inc.

Name of Obligee: United States of America

Amount of Bond: $ 500,000.00                    Premium: $ 2,500.00

The **Great American Insurance Company** in consideration of the premium, does hereby continue in force the above described bond from the 16th                    day of March                    , 2009   , to the

16th                    day of March                    , 2010   , standard time at the obligee's address, but this certificate shall not be binding upon the said Company until countersigned by a duly authorized representative of the said Company.

This certificate is issued upon the condition that the liability of the **Great American Insurance Company** shall under no circumstances be cumulative in amounts from year to year, regardless of the number of years said bond be continued in force and the number of premiums that may be paid or payable.

Dated

January 14, 2009

### GREAT AMERICAN INSURANCE COMPANY

By: _____
       Madalyn H. Seiffert                    *Attorney-in-Fact*

F. 9160D (4/08)

EXHIBIT "B"



AGREEMENT MADE THIS 11ᵀᴴ DAY OF MARCH, 2009, BETWEEN DM INDUSTRIES, LTD. by ALAN GOLDBERG, CRO, HEREIN AFTER REFERRED TO AS "SELLER" AND STAMPLER AUCTIONS, INC., HEREIN AFTER REFERRED TO AS "AUCTIONEER".

WITNESSETH – WHEREAS THE SELLER DESIRES TO SELL AT AUCTION THE ASSETS HEREIN AFTER REFERRED TO AND FOR THAT PURPOSE TO EMPLOY THE AUCTIONEER. NOW, THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS AND AGREEMENTS HEREIN CONTAINED, THE PARTIES HERETO DO HEREBY AGREE AS FOLLOWS:

1. THE SELLER HEREBY AGREES TO EMPLOY THE AUCTIONEER TO SELL AT AUCTION THE SURPLUS INVENTORY OF SPAS LOCATED AT 2320 N.W. 147 STREET, MIAMI (OPA LOCKA), FL 33054 ON SATURDAY, ~~MARCH 28~~, April 4 2009 AT 12:00 NOON.

2. THE AUCTIONEER HEREBY ACCEPTS SUCH EMPLOYMENT AND AGREES TO USE ITS BEST EFFORTS TO BRING ABOUT SUCH SALE OF SAID ASSETS AT AUCTION IN ACCORDANCE WITH THE PROVISIONS OF THIS CONTRACT AND WITH THE LAWS OF THE STATE. STAMPLER AUCTIONS IS LICENSED, BONDED AND INSURED.

3. THE AUCTIONEER HEREBY SHALL CAUSE SUCH SALE TO BE MARKETED IN A COMMERCIALLY REASONABLE FASHION IN THE MANNER IN WHICH AUCTIONS ARE ORDINARILY ADVERTISED, AND IN ACCORDANCE WITH FLORIDA STATUTES.

4. THE AUCTIONEER SHALL BE PAID BY THE SELLER, A COMMISSION OF 0% OF THE GROSS SALE.

5. THE SELLER AGREES THAT THE AUCTIONEER WILL REIMBURSE ITSELF FROM PROCEEDS AT EXACT COST FOR ALL ADVERTISING/MARKETING AND AUCTION EXPENSES. PLEASE SEE THE ENCLOSED ESTIMATED BUDGET. MAXIMUM EXPENSES TO BE REIMBURSED IS $8,000.

6. THE AUCTIONEER WILL CHARGE AND RETAIN IN FULL ITS STANDARD AND CUSTOMARY 10% BUYER'S PREMIUM. THE BUYER'S PREMIUM IS PAID FOR BY EACH INDIVIDUAL BUYER.

7. ANY AND ALL DEPOSITS FORFEITED BY A BIDDER SHALL BE RETAINED IN FULL BY THE AUCTIONEER. ANY ACCRUED INTEREST, IF APPLICABLE, WILL BE RETAINED BY AUCTIONEER AS AN ADMINISTRATIVE FEE.

8. THE SELLER REPRESENTS THAT IT IS THE SOLE OWNER AND ABSOLUTE OWNER OF THE PROPERTY DESCRIBED IN THIS AGREEMENT AND THAT IT HAS FULL RIGHT TO OWN AND TRANSFER THE SAME. THE SELLER HAS GOOD MARKETABLE, DEFENSIBLE TITLE, FREE AND CLEAR OF ALL LIENS, ENCUMBRANCES, CLAIMS AND LIABILITIES TO ALL ASSETS TO BE SOLD.

9. THE SELLER AGREES TO INDEMNIFY AND HOLD HARMLESS THE AUCTIONEER FROM ANY AND ALL CLAIMS AND ACTIONS BROUGHT AGAINST THE AUCTIONEER OR SELLER BY ANY PURCHASER, CREDITOR, LIENOR, GOVERNMENT AGENCY, ETC.

10. BOTH PARTIES AGREE THAT IN THE EVENT OF ANY LEGAL ACTION:
    A. RIGHTS TO A JURY TRIAL ARE WAIVED.
    B. THE PREVAILING PARTY WILL BE ENTITLED TO A REIMBURSEMENT OF LEGAL FEES, COST, EXPENSES AND REASONABLE PAYMENT FOR TIME
    C. VENUE FOR ANY LITIGATION IS AGREED TO BE IN BROWARD COUNTY, FLORIDA.

11. THE AUCTIONEER SHALL BE ENTITLED TO A "NO SALE FEE" IN THE EVENT OF A CANCELLATION OR AN UNAPPROVED REMOVAL OF ASSETS FROM THE SCHEDULED AUCTION. THIS FEE SHALL BE $5,000.00. ADDITIONALLY, ANY ADVANCED EXPENSE MONIES WOULD BE REIMBURSED BY SELLER.

12. STAMPLER AUCTIONS, INC. IS REQUIRED BY THE FLORIDA AUCTION LICENSE LAW TO SETTLE ALL DEALS WITHIN 30 DAYS. OUR COMPANY POLICY IS TO SETTLE ALL DEALS BY TRUST ACCOUNT CHECK WITHIN 15 DAYS AFTER THE SALE WITH ALL PERTINENT BACK-UP ATTACHED TO A DETAILED SUMMARY.

IN WITNESS WHEREOF THE PARTIES HAVE EXECUTED THIS AGREEMENT ON THE 11ᵀᴴ DAY OF MARCH, 2009.

DM INDUSTRIES, LTD.                    STAMPLER AUCTIONS, INC.

ALAN GOLDBERG, CRO                     MARTIN CLAIRE, VICE PRESIDENT

*The Eastern Seaboard's Premier Auction and Liquidation Company*

## 2080C TIGERTAIL BOULEVARD, DANIA, FLORIDA 33004
PHONE: 954.921.8888 ❖ TOLL FREE: 800.330.BIDS ❖ FAX: 954.927.2939
www.stamplerauctions.com ❖ e-mail: info@stamplerauctions.com

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

DM INDUSTRIES, LTD.,                                      Case No. 09-15533-BKC-LMI
                                                          Chapter 11 Case

        Debtor.

_____/

**ORDER APPROVING DEBTOR'S EX PARTE APPLICATION FOR APPROVAL OF
EMPLOYMENT OF STAMPLER AUCTIONS TO CONDUCT AN AUCTION
SALE OF THE DEBTOR'S SURPLUS INVENTORY**

THIS CAUSE came before the Court without a hearing, upon the *Trustee's Ex Parte*

*Application for Approval of Employment of Stampler Auctions to Conduct an Auction Sale of the*

*Debtor's Surplus Inventory* (the "Application"). The Court having reviewed the Motion, heard the

argument of counsel and finding good cause to approve the Application, thereby

        **ORDERS AND ADJUDGES** as follows:

        1)      The Application is granted.

2043714-1                                      8

2)      The Debtor is authorized to employ Stampler Auctions, pursuant to the terms and conditions contained in the Application, to conduct an auction of the Debtor's surplus inventory of luxury hydrotherapy products.

# # #

Copies to:
Douglas A. Bates, Esq.
*(Attorney Bates is hereby directed to mail a conformed copy of this order to all interested parties and to file a Certificate of Service).*

**MASTER SERVICE LIST
DM INDUSTRIES, LTD**

**The United States Trustee:**

The Office of the United States Trustee
Steven R. Turner.
51 S.W. 1st Street, Room 1204
Miami, Florida 33130

## COUNSEL FOR THE DEBTORS

**Arthur Spector, Esq.**
Berger Singerman, P.A.
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
aspector@bergersingerman.com

**Douglas A. Bates, Esq**
Berger Singerman, P.A,
200 S. Biscayne Blvd.
10th Floor
Miami, FL 33131

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

AOC, LLC- Florida
Attn: Jerry Swan
3605 Collections Center Drive
Chicago, IL 60693

Waterway Plastics
Attn: David Ludwig
2200 East Sturgis Road
Oxnard, CA 93030

FW Supply, LLC
Attn:  Sarais Sampedro
3395 NW 79th Avenue
Miami, FL 33122

Consumer Engineering, Inc.
2730 Kirby Avenue N.E. Unit 6
Palm Bay, FL 32905
Attn:  Jerrell Hollaway

043665-1

Jet Plastics
Attn: Lee Johnson
941 N Eastern Avenue
Los Angeles, CA 90063-1307

Pentair Pool Products
Attn: Ed Fowler
Atlanta, GA 30384-3587

Lucite International, Inc.
Attn: David Gorglione
P.O. Box 415000
Nashville, TN 37241-5000

International Plywood, Corp.
Attn: George Recio
7340 NW 56th Street
Miami, FL 33166

Fastbolt Florida Corp.
Attn: Andrew Zaukas
10354 McNab Road
Tamarac, FL 33321

BSAF Corp.
Attn: Simon Hoang
410 – 601 Sixth Street
New Westminster, BC VeL 3C1
Canada

Aljoma Lumber Inc.
Attn: Jose Garcia
P.O. Box 530155
Atlanta, GA 30353

RMI-F
Attn: Jay Kelsaw
230 Bartow Municipal Airport
Bartow, FL 33830-9504

Vartek Industries, LLC
Attn: Cindy Goodwin
6715 N 53rd Street
Tamarac, FL 33610

Morbern U.S.A. Inc.
Attn: David Harper
P.O. Box 532112
Atlanta, GA 30353-2112

Confer Plastics, Inc.
Attn: Benny Hernandez
97 Winter Road
N. Tonawanda, NY 14120-2421

J R C Transportation, Inc.
Attn: Anita Decker
P.O. Box 15101
Newark, NJ 07192-5101

Advic Packaging Group
Attn: Mike Zegler
13819 S.W. 139 Court
Miami, FL 33186

A.O. Smith Electrical Products Co.
Attn: Verdell Breitenfield
P.O. Box 65197
Charlotte, NC 28265

043665-1

Marathon Electric Mfg Corp.
Attn: Ed Yager
BIN 88036
Milwaukee, WI 53288

Hexion Specialty Chemicals, Inc.
Attn: Chanelle Corley
12850 Collection Drive – BOA Bldg.
Chicago, IL  60693

## SECURED LENDERS

Comerica Bank
Ralph E. McDowell, Esq.
Bodman LLP
100 Renaissance Center
14th Floor
Detroit, MI 48243
rmcdowell@bodmanllc.com

## DEBTOR

Eric Dormoy
DM Industries, Inc.
2320 NW 147th Street
Opa Locka, FL  33054

Henry Hirst
DM Industries, Inc.
2320 NW 147th Street
Opa Locka, FL  33054

## DEBTOR'S PROFESSIONALS

Alan L. Goldberg
Chief Restructuring Officer for the Debtor
Crisis Management, Inc.
1112 S.W. Third Street Suite 701
Miami, FL  33130

043665-1

## GOVERNMENT ENTITIES

United States of America
Department of Treasury
51 S.W. 1st Avenue
Room 1114
Miami, FL 33130-1623

Miami-Dade County Tax Collector
140 West Flagler Street #1403
Miami, FL 33130-1561

Department of Revenue
State of Florida
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

## UTILITIES

ADT
P.O. Box 371967
Pittsburgh, PA 15250

AT&T
P.O. Box 70529
Charlotte, NC28272

AT&T
P.O. Box 10562
Atlanta, GA 30348

AT&T
P.O. Box 13148
Newark, NJ 07101-5648

043665-1

AT&T
P.O. Box 830120
Baltimore, MD 21283-0120

Brighthouse
P.O. Box 311731
Tampa, FL 33631

City of Melbourne
900 E. Strawbridge Avenue
Melbourne, FL 32901

City of Opa Locka
P.O. Box 54071
Opa Locka, FL 33054

City of Sunrise
10770 West Oakland Park Blvd
Sunrise, FL 33351

City of Tampa Utilities
P.O. Box 30191
Tampa, FL 33630

Fire Alarm Systems 7 Security I
3901 SW 47th Avenue Unit 408
Davie, FL 33314

Florida City Gas
P.O. Box 1559
Newark, NJ 07101-1559

FPL
General Mail Facility
Miami, FL 33188

JEA
P.O. Box 44297
Jacksonville, FL 32231

Orlando Utilities Commission
P.O. Box 4901
Orlando, FL 32802

Siegel Gas
2590 P.O. Box 524228
Miami, FL 33152

Teco Tampa Electric
P.O. Box 31318
Tampa, FL 33631

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

043665-1

Verizon
P.O. Box 92041
Dallas, TX 75392

## INSURANCE COMPANIES

USI Insurance
201 Alhambra Circle
Suite 100
Coral Gables, FL 33134-5199

AIG
70 Pine Street
New York, NY 10270

Imperial Premium Finance, Inc.
P.O. Box 9045
New York, NY 10087-9045

Affinity Insurance Ltd
201 Alhambra Circle
Suite 100
Coral Gables, FL 33134-5199

## NOTICES OF APPEARANCE

C. Craig Eller, Esq.
Broad and Cassel
Attorneys for Comerica
One North Clematis Street, Suite 500
West Palm Beach, FL  33401

043665-1