

**ORDERED in the Southern District of Florida on April 03, 2009.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

DM INDUSTRIES, LTD.,                    Case No. 09-15533-BKC-LMI
                                         Chapter 11 Case

           Debtor.
_____/

**ORDER APPROVING DEBTOR'S EX PARTE APPLICATION FOR APPROVAL OF
EMPLOYMENT OF STAMPLER AUCTIONS TO CONDUCT AN AUCTION
<u>SALE OF THE DEBTOR'S SURPLUS INVENTORY</u>**

THIS CAUSE came before the Court without a hearing, upon the *Trustee's Ex Parte Application for Approval of Employment of Stampler Auctions to Conduct an Auction Sale of the Debtor's Surplus Inventory* (the "Application"). The Court having reviewed the Motion, heard the argument of counsel and finding good cause to approve the Application, thereby

**ORDERS AND ADJUDGES** as follows:

1)    The Application is granted.

2)    The Debtor is authorized to employ Stampler Auctions, pursuant to the terms and

conditions contained in the Application, to conduct an auction of the Debtor's surplus inventory of luxury hydrotherapy products.

# # #

Copies to:
Douglas A. Bates, Esq.
*(Attorney Bates is hereby directed to mail a conformed copy of this order to all interested parties and to file a Certificate of Service).*

2053612-1