UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

DM INDUSTRIES, LTD.,                                    Case No. 09-15533-BKC-LMI
                                                        Chapter 11 Case

          Debtor.
_____/

**DEBTOR'S RESPONSE TO GMAC'S MOTION FOR
RELIEF FROM AUTOMATIC STAY**

DM Industries, Ltd., the debtor (the "Debtor" or the "Company"), by and through undersigned counsel, files this *Response to GMAC's Motion for Relief from Automatic Stay* (the "Response"). In support of the Response, the Debtor states as follows:

**Jurisdiction**

1.      This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). Venue is proper in this district pursuant to 28 U.S.C. § 1408.

**Background and Response**

2.      On August 3, 2009, GMAC filed its *Motion for Relief from Automatic Stay* (the "Stay Relief Motion") (D.E. # 201). Since the filing of the Stay Relief Motion, undersigned counsel has contacted GMAC's counsel on two separate occasions in an attempt to discuss apparent inconsistencies in the Stay Relief Motion and the Debtor's records with respect to payments made by the Debtor to GMAC and with respect to the current outstanding balance due and owing. Unfortunately, undersigned counsel has not been able to reach GMAC's counsel prior to the deadline set by Local Rule 4001-1(C) for a response to the Stay Relief Motion.

3.      Through the Stay Relief Motion, GMAC alleges that "the total amount necessary

to bring the account current is $1,511.33." See ¶ 7, Stay Relief Motion. Based on the Debtor's current books and records, which include all payments made to GMAC both pre and post-petition, the Debtor disputes GMAC's assertion in the Stay Relief Motion regarding the amount necessary to bring the account current.[1]

4.  Although the Stay Relief Motion contains an Affidavit of Indebtedness as Exhibit "C" (the "GMAC Affidavit"), such affidavit does not take into account all post-petition payments made by the Debtor to GMAC. The Debtor also submits that GMAC's assertions in the Stay Relief Motion in respect of adequate protection, or lack thereof, fail to take into consideration post-petition payments made by the Debtor to GMAC.

**WHEREFORE**, the Debtor requests that this Court enter an Order,

A.  Denying the Stay Relief Motion;

B.  Granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the Master Service List on this 18th day of August, 2009.

Dated: August 18, 2009

Respectfully submitted,

BERGER SINGERMAN, P.A.
*Counsel for the Debtor*
200 S. Biscayne Blvd., 10th Floor
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: /s/ Douglas A. Bates
    Douglas A. Bates
    Florida Bar No. 0791431
    dbates@bergersingerman.com

---

[1] The Debtor reserves the right to supplement this Response prior to any hearing on this matter with supporting affidavits and/or documents should GMAC elect to pursue a contested matter regarding the Stay Relief Motion.

2276360-1

2

**MASTER SERVICE LIST**
**DM INDUSTRIES, LTD**

**The United States Trustee**:

The Office of the United States Trustee**
Steven R. Turner.
51 S.W. 1st Street, Room 1204
Miami, Florida 33130

**COUNSEL FOR THE DEBTORS**

**Arthur Spector, Esq.****
Berger Singerman, P.A.
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
aspector@bergersingerman.com

**Douglas A. Bates, Esq.****
Berger Singerman, P.A,
200 S. Biscayne Blvd.
10th Floor
Miami, FL 33131

**LIST OF CREDITORS HOLDING 20
LARGEST UNSECURED CLAIMS**

AOC, LLC- Florida
Attn: Jerry Swan
3605 Collections Center Drive
Chicago, IL 60693

Waterway Plastics
Attn: David Ludwig
2200 East Sturgis Road
Oxnard, CA 93030

** Denotes parties who receive service through the Court's CM/ECF system.
2043665-1

FW Supply, LLC
Attn: Sarais Sampedro
3395 NW 79th Avenue
Miami, FL 33122

Consumer Engineering, Inc.
2730 Kirby Avenue N.E. Unit 6
Palm Bay, FL 32905
Attn: **Jerrell Hollaway - Committee**

Jet Plastics
Attn: **Lowell Johnson - Committee**
941 N Eastern Avenue
Los Angeles, CA 90063-1307

Pentair Pool Products
Attn: Ed Fowler
Atlanta, GA 30384-3587

Lucite International, Inc.
Attn: **David Gorglione - Committee**
P.O. Box 415000
Nashville, TN 37241-5000

International Plywood, Corp.
Attn: **George Recio - Committee**
7340 NW 56th Street
Miami, FL 33166

Fastbolt Florida Corp.
Attn: Andrew Zaukas
10354 McNab Road
Tamarac, FL 33321

BSAF Corp.
Attn: Simon Hoang
410 – 601 Sixth Street
New Westminster, BC VeL 3C1
Canada

Aljoma Lumber Inc.
Attn: Jose Garcia
P.O. Box 530155
Atlanta, GA 30353

RMI-F
Attn: Jay Kelsaw
230 Bartow Municipal Airport
Bartow, FL 33830-9504

Vartek Industries, LLC
Attn: Cindy Goodwin
6715 N 53rd Street
Tamarac, FL 33610

Morbern U.S.A. Inc.
Attn: David Harper
P.O. Box 532112
Atlanta, GA 30353-2112

** Denotes parties who receive service through the Court's CM/ECF system.
2043665-1

| | |
|---|---|
| Confer Plastics, Inc.<br>Attn: Benny Hernandez<br>97 Winter Road<br>N. Tonawanda, NY 14120-2421 | J R C Transportation, Inc.<br>Attn: Anita Decker<br>P.O. Box 15101<br>Newark, NJ 07192-5101 |
| Advic Packaging Group<br>Attn: Mike Zegler<br>13819 S.W. 139 Court<br>Miami, FL 33186 | A.O. Smith Electrical Products Co.<br>Attn: Verdell Breitenfield<br>P.O. Box 65197<br>Charlotte, NC 28265 |
| RBC Manufacturing Corporation<br>f/k/a Marathon Electric Mfg Corp.<br>Attn: Ed Yager<br>BIN 88036<br>Milwaukee, WI 53288 | Hexion Specialty Chemicals, Inc.<br>Attn: Chanelle Corley<br>12850 Collection Drive – BOA Bldg.<br>Chicago, IL 60693 |
| RBC Manufacturing Corporation<br>f/k/a Marathon Electric Mfg Corp.<br>Attn: **David A. Barta – Committee**<br>    **Or Gregory Allen**<br>200 State Street<br>Beloit, WI 53511 | |

## **SECURED LENDERS**

Comerica Bank
Ralph E. McDowell, Esq.
Bodman LLP
100 Renaissance Center
14th Floor
Detroit, MI 48243
rmcdowell@bodmanllc.com

** Denotes parties who receive service through the Court's CM/ECF system.
2043665-1

## DEBTOR

Eric Dormoy  
DM Industries, Inc.  
2320 NW 147th Street  
Opa Locka, FL  33054

Henry Hirst  
DM Industries, Inc.  
2320 NW 147th Street  
Opa Locka, FL  33054

## DEBTOR'S PROFESSIONALS

Alan L. Goldberg  
Chief Restructuring Officer for the Debtor  
Crisis Management, Inc.  
1112 S.W. Third Street Suite 701  
Miami, FL  33130

Steven B. Zuckerman, Esq.  
Director Special Situations Group  
Bayshore Partners, LLC  
c/o Farlie Turner & Col  
401 East Las Olas Blvd., Suite 1720  
Fort Lauderdale, FL  33301

## GOVERNMENT ENTITIES

United States of America  
Department of Treasury  
51 S.W. 1st Avenue  
Room 1114  
Miami, FL 33130-1623

Fernando Casamayor  
Miami-Dade County Tax Collector  
140 West Flagler Street  #1403  
Miami, FL 33130-1575

\*\* Denotes parties who receive service through the Court's CM/ECF system.  
2043665-1

Department of Revenue
State of Florida
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Ana L. Zelaya, Paralegal Collection Specialist
For Miami-Dade County Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street  #1403
Miami, FL 33130-1575

## UTILITIES

ADT
P.O. Box 371967
Pittsburgh, PA 15250

AT&T
P.O. Box 70529
Charlotte, NC 28272

AT&T
P.O. Box 10562
Atlanta, GA 30348

AT&T
P.O. Box 13148
Newark, NJ 07101-5648

AT&T
P.O. Box 830120
Baltimore, MD 21283-0120

Brighthouse
4145 S. Falkenburg Road, Ste 2
Riverview, FL 33578-8552

** Denotes parties who receive service through the Court's CM/ECF system.
2043665-1

City of Melbourne
900 E. Strawbridge Avenue
Melbourne, FL 32901

City of Opa Locka
P.O. Box 54071
Opa Locka, FL 33054

City of Sunrise
10770 West Oakland Park Blvd
Sunrise, FL 33351

City of Tampa Utilities
P.O. Box 30191
Tampa, FL 33630

Fire Alarm Systems 7 Security I
3901 SW 47th Avenue Unit 408
Davie, FL 33314

Florida City Gas
P.O. Box 11812
Newark, NJ 07101-8112

Florida Power and Light
Bankruptcy Department – Amanda Lee
General Mail Facility
Miami, FL 33188

JEA
P.O. Box 44297
Jacksonville, FL 32231

Orlando Utilities Commission
P.O. Box 4901
Orlando, FL 32802

Siegel Gas
2590 P.O. Box 524228
Miami, FL 33152

Teco Tampa Electric
P.O. Box 31318
Tampa, FL 33631

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

** Denotes parties who receive service through the Court's CM/ECF system.
2043665-1

Verizon
P.O. Box 92041
Dallas, TX 75392

## **INSURANCE COMPANIES**

USI Insurance
201 Alhambra Circle
Suite 100
Coral Gables, FL 33134-5199

AIG
70 Pine Street
New York, NY 10270

Imperial Premium Finance, Inc.
P.O. Box 9045
New York, NY 10087-9045

~~Affinity Insurance Ltd~~
~~201 Alhambra Circle~~
~~Suite 100~~
~~Coral Gables, FL 33134-5199~~
Rtnd Mail- Insufficient Address

## **NOTICES OF APPEARANCE**

C. Craig Eller, Esq.**
Broad and Cassel
Attorneys for Comerica
One North Clematis Street, Suite 500
West Palm Beach, FL  33401

Melinda S. Thornton, Esq.**
Assistant County Attorney
Attorney for Miami-Dade County Tax Collector
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, FL 33128-1993

** Denotes parties who receive service through the Court's CM/ECF system.
2043665-1

Ana L. Zelaya
Paralegal Collection Specialist
Miami Dade Bankruptcy Unit
140 West Flagler, Suite 1403
Miami, FL 33130-1575

John J. Lamoureux, Esq.**
Carlton Fields, P.A.
Post Office Box 3239
Tampa, FL  33601-3239

S. Blair Korschun, Esq.
Bankruptcy Servicer for Compass Bank
Ascension Capital Group, Inc.
P.O. Box 201347
Arlington, Texas  76006

Erich N. Durlacher, Esq.
Counsel for Atlanta Spa & Leisure, Inc.
Burr & Forman LLP
Suite 1100, 171 Seventh Street, NW
Atlanta, Georgia  30363

Elizabeth Anderson, Esq.
Counsel for Independent Waste Consultants, Inc.
Burr & Forman LLP
369 N. New York Avenue POD 1690
Winter Park, FL  32789

Joseph L. Steinfeld, Jr.
A-S-K Financial LLP
2600 Eagan Woods Drive, Suite 400
Eagan, Minnesota 55121

Andrew D. McNamee, Esq.**
Counsel for Wachovia Bank
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida  33130

Robert P. Charbonneau, Esq.**
Counsel for the Committee
Ehrenstein Charbonneau Calderin
800 Brickell Avenue Suite 902
Miami, FL  33131

Robert L. Hessman, Esq.**
Counsel for Leaf Funding, Inc.
Sundberg & Hessman, P.A.
107 West Fifth Avenue
Tallahassee, FL  32303

Harold D. Morefield, Jr., Esq.
Counsel for Wachovia Bank
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida  33130

Bradley Winston, Esq.
Winston & Clark, P.A.
6211 W. Broward Blvd., Suite 420
Plantation, FL 33324

Michael S. Allen, Esq.
Counsel for Ewing Irrigation Products, Inc.
Parker Law Firm, P.L.C.
P.O. Box 63098
Phoenix, Arizona  85082-3098

** Denotes parties who receive service through the Court's CM/ECF system.
2043665-1

| | |
|---|---|
| Jeffrey T. Sutton<br>Cbiz Mahoney Cohan<br>Financial Advisors to the Committee<br>1200 Brickell Avenue Suite 700<br>Miami, FL  33131 | Joseph L. Steinfeld, Jr., Esq.<br>A·S·K Financial LLP<br>2600 Egan Woods Drive Suite 400<br>Egan. MN  15512 |

\*\* Denotes parties who receive service through the Court's CM/ECF system.
2043665-1